UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DAWANN MARTIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00048-JMS-MKK |
| | ) | |
| THE ATTORNEY GENERAL OF THE STATE OF INDIANA, | ) ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DISMISSING HABEAS ACTION AND
DIRECTING ENTRY OF FINAL JUDGMENT**

Petitioner Dawann Martin filed his petition under 28 U.S.C. § 2254 challenging a prison disciplinary conviction. [Filing No. 2.] At the time of filing, Mr. Martin did not pay the $5.00 filing fee. On April 2, 2025, the Court ordered Mr. Martin to either pay the $5.00 filing fee or demonstrate his financial inability to do so by May 5, 2025. [Filing No. 8.] When Mr. Martin failed to do so, the Court issued a May 7, 2025 Order in which it stated "Mr. Martin shall have through May 23, 2025 to resolve the filing fee issue in this action by [either paying the $5.00 filing fee or filing a motion for leave to proceed *in forma pauperis*]." [Filing No. 10 at 1 (emphasis omitted).] The Court further stated that "[t]he failure to do so by this extended deadline will result in the dismissal of this action without further warning or opportunity to show cause." [Filing No. 10 at 1 (emphasis omitted).]

To date, Mr. Martin has not paid the $5.00 filing fee or filed a Motion to Proceed *In Forma Pauperis*. Accordingly, this habeas action is **DISMISSED WITHOUT PREJUDICE**. Final judgment consistent with this Order shall now issue.

Date: 6/5/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Dawann Martin
#109454
Putnamville Correctional Facility
Electronic Service Participant – Court Only

Katherine A. Cornelius
INDIANA ATTORNEY GENERAL
katherine.cornelius@atg.in.gov