UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DAWANN MARTIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00048-JMS-MKK |
| | ) | |
| THE ATTORNEY GENERAL OF THE STATE OF INDIANA, | ) ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner, Dawann Martin. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: 6/5/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution:**

Dawann Martin
#109454
Putnamville Correctional Facility
Electronic Service Participant – Court Only

Katherine A. Cornelius
INDIANA ATTORNEY GENERAL
katherine.cornelius@atg.in.gov